**No. 51150.**—Protest 122281–K of Ciba Co., Inc. (New York).

Opinion by COLE, J. An examination of the official record disclosing nothing to warrant disturbing the collector's classification, which was presumptively correct, the protest was overruled.

**No. 51151.**—Protests 836136–K, etc., of J. L. Hudson Co. (Detroit).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.